UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MACKAL D. WALKER,
FDOC Inmate No. R34887,
    Plaintiff,

vs.                                  Case No.: 3:18cv2182/MCR/EMT

JOHN GRUBB, et al.,
    Defendants.
_____/

# O R D E R

This case is before the Court on consideration of the Chief Magistrate Judge's Report and Recommendation dated January 10, 2019 (ECF No. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This Clerk is directed to transfer this case to the United States District

Court for the Middle District of Florida, and close the file.

**DONE AND ORDERED** this 11th day of February 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**